# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

161929

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

J.L. LEWIS & ASSOCIATES, INC.,
       Plaintiff-Appellee,

v

                                         SC: 161929
                                         COA: 347057
MAGNA MIRRORS OF AMERICA, INC. and     Oakland CC: 2017-161227-CB
MAGNA MIRROR SYSTEMS MONTERREY
S.A. DE C.V.,
       Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the April 23, 2020 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Section II.A. of the judgment of the Court of Appeals addressing "Ownership of the '946 Patent," together with all conclusions and holdings derived from this section, and we REMAND this case to the Court of Appeals, which shall hold this case in abeyance pending the United States Court of Appeals for the Federal Circuit's decision in *Omni MedSci, Inc v Apple Inc* (Case No. 20-1715). After *Omni MedSci* is decided, the Court of Appeals shall reconsider this case in light of *Omni MedSci*.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021



p0421

Clerk